# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Ryan J. Wilcox**

       Plaintiff

vs.                        **CASE NUMBER: 5:20-cv-1325 (DJS)**

**Commissioner of Social Security**

       Defendant

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that Plaintiffs Motion for Judgment on the Pleadings is DENIED; and it is further ORDERED, that Defendants Motion for Judgment on the Pleadings is GRANTED; and it is further ORDERED, that Defendants decision denying Plaintiff disability benefits is AFFIRMED and the Complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Daniel J. Stewart, dated the 17th day of March, 2022.

DATED: March 17, 2022

_____
Clerk of Court

                                              s/Kathy Rogers
                                              Deputy Clerk